Affirmed and Memorandum Opinion filed May 20, 2004









Affirmed and Memorandum Opinion filed May 20, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00894-CR

____________

 

JASON CHARLES
VALLERY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 262nd District
Court

Harris County,
Texas

Trial Court Cause No.
955,680

 



 

M E M O R A N D U M   O
P I N I O N

After a jury trial, appellant was convicted of murder.  On August 7, 2003, the trial court sentenced
appellant to confinement for life in the Institutional Division of the Texas
Department of Criminal Justice. 
Appellant filed a written notice of appeal.  








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and no motion to review the record or pro
se response has been filed.

We agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record.  A discussion of the
brief would add nothing to the jurisprudence of the State.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed  May 20, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App. P. 47.2(b).